**UNITED STATES DISTRICT COURT**
**OF THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Oakwood Healthcare, Inc.,<br><br>Petitioner,<br><br>v.<br><br>Service Employees International Union,<br><br>Respondent. | Case No. 1:07-mc-00458-HHK |

**UNOPPOSED MOTION BY THE SERVICE EMPLOYEES INTERNATIONAL UNION FOR AN EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL**

The Service Employees International Union ("SEIU"), by its undersigned counsel, files this motion for an extension of time to respond to the motion to compel filed by Oakwood Healthcare, Inc. ("Oakwood") until November 30, 2007. The grounds for this motion are as follows:

1. On November 7, 2007, Oakwood filed its motion to compel production of documents in compliance with Rule 45(c) of the Federal Rules of Civil Procedure.

2. According to the Local Rules of this Court, the response by the SEIU is to be filed no later than Wednesday, November 21, 2007.

3. The response by the SEIU is due at a time when counsel have other professional obligations and previously scheduled vacations. In particular, both SEIU counsel have a major brief due on Tuesday, November 20, 2007 and have previously scheduled Thanksgiving holiday plans that commence on Tuesday, November 20, 2007.

4. For those reasons, SEIU respectfully requests that the deadline for responding to the motion be extended until Friday, November 30, 2007.

5. Oakwood consents to this motion.

Respectfully submitted,

/s/

Robert Weinberg (DC 085530)
Matthew Clash-Drexler (DC 477334)
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, NW
Suite 1000
Washington, DC 20005
202-842-2600
202-842-1888 (fax)

**UNITED STATES DISTRICT COURT**
**OF THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Oakwood Healthcare, Inc.,<br><br>Petitioner,<br><br>v.<br><br>Service Employees International Union,<br><br>Respondent. | Case No. 1:07-mc-00458-HHK |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION BY THE SERVICE EMPLOYEES INTERNATIONAL UNION FOR AN EXTENSION OF TIME TO RESPOND TO THE MOTION TO COMPEL**

The matter is before the Court on the motion by the Service Employees International Union ("SEIU") for an extension of time to respond to the motion to compel filed by Oakwood Healthcare, Inc.

For good cause shown,

It is **ORDERED** that the motion for an extension of time by the SEIU is **GRANTED**.

It is **FURTHER ORDERED** that SEIU must file its response to the motion to compel by Friday, November 30, 2007.

Dated: ____________________

______________________________
Judge Henry H. Kennedy
UNITED STATES DISTRICT JUDGE