UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKWOOD HEALTHCARE, INC., <br><br> Petitioner, <br><br> v. <br><br> SERVICE EMPLOYEES INTERNATIONAL UNION, <br><br> Respondent. | Miscellaneous 07-00458 (HHK) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE ALAN KAY

It is this 21st day of November, 2007 hereby,

**ORDERED** that PETITIONER OAKWOOD HEALTHCARE, INC.'S MOTION FOR ORDER COMPELLING PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH RULE 45 SUBPOENA [#1], docketed November 7, 2007, is referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2 (a).  Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of the assigned Magistrate Judge, "AK," in the caption next to the initials of the undersigned judge**.**  See LCvR 5.1(f).

                                                                Henry H. Kennedy, Jr.
                                                                United States District Judge