**UNITED STATES DISTRICT COURT**
**OF THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| Oakwood Healthcare, Inc., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:07-mc-00458-HHK |
| ) | |
| Service Employees International Union, ) | |
| ) | |
| Respondent. ) | |

_____)

**UNOPPOSED MOTION BY THE SERVICE EMPLOYEES INTERNATIONAL UNION FOR AN EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION UNDER LOCAL RULE 72.2**

The Service Employees International Union ("SEIU"), by its undersigned counsel, files this motion for an extension of time to file a motion for reconsideration of the order issued by Magistrate Judge Kay until January 11, 2008. The grounds for this motion are as follows:

1. On December 14, 2007, Magistrate Judge Kay issued an order granting the motion to compel filed by Oakwood Healthcare, Inc. ("Oakwood").

2. According to the Local Rules of this Court, a motion for reconsideration must be filed no later than January 2, 2008. *See* Local Rule 72.2(b).

3. The response by the SEIU is due at a time when counsel have other professional obligations. In particular, in the week immediately following the Magistrate Judge's ruling, counsel for SEIU was defending depositions of three SEIU employees that were being taken in this case. Additionally, both SEIU counsel have a major brief due on Monday, January 7, 2008 and have previously scheduled holiday plans.

    4.       For those reasons, SEIU respectfully requests that the deadline for filing any motion for reconsideration be extended until Friday, January 11, 2008.

    5.       Oakwood does not oppose this motion.

Respectfully submitted,

/s/
Robert Weinberg (DC 085530)
Matthew Clash-Drexler (DC 477334)
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, NW
Suite 1000
Washington, DC   20005
202-842-2600
202-842-1888 (fax)

# UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Oakwood Healthcare, Inc., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>Service Employees International Union, )<br>)<br>Respondent. )<br> | Case No. 1:07-mc-00458-HHK |

## PROPOSED ORDER GRANTING UNOPPOSED MOTION BY THE SERVICE EMPLOYEES INTERNATIONAL UNION FOR AN EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION UNDER LOCAL RULE 72.2

The matter is before the Court on the motion by the Service Employees International Union ("SEIU") for an extension of time to file a motion for reconsideration of the order issued by Magistrate Judge Kay.

For good cause shown,

It is **ORDERED** that the motion for an extension of time by the SEIU is **GRANTED**.

It is **FURTHER ORDERED** that SEIU must file its motion for reconsideration by January 11, 2008.

Dated: _____

_____
Judge Henry H. Kennedy
UNITED STATES DISTRICT JUDGE