UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Oakwood Healthcare, Inc., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>Service Employees International Union, )<br>)<br>Respondent. )<br>) | Case No. 1:07-mc-00458-HHK |

**UNOPPOSED MOTION BY THE SERVICE EMPLOYEES INTERNATIONAL UNION FOR AN EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION**

The Service Employees International Union ("SEIU"), by its undersigned counsel, files this motion for an extension of time to file a reply memorandum in support of its motion for reconsideration until February 7, 2008.  The grounds for this motion are as follows:

1. On January 11, 2008, SEIU filed its motion for reconsideration of the ruling by Magistrate Judge Kay granting the motion to compel filed by Oakwood Healthcare, Inc. ("Oakwood").

2. Oakwood filed its opposition to the motion for reconsideration on Friday, January 25, 2008.

3. According to the Local Rules of this Court, the response by the SEIU is to be filed no later than Monday, February 4, 2008.

4. The response by the SEIU is due at a time when counsel have other professional obligations and previously scheduled vacations.  In particular, counsel with

the primary responsibility for drafting the memorandum has oral argument scheduled on Monday, February 4, 2008 before the United States Court of Appeals for the Second Circuit.

5. For those reasons, SEIU respectfully requests that the deadline for responding to the motion be extended until Thursday, February 7, 2008.

6. Oakwood stated that it has no objection to this motion.

Respectfully submitted,

/s/
Robert Weinberg (DC 085530)
Matthew Clash-Drexler (DC 477334)
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, NW
Suite 1000
Washington, DC  20005
202-842-2600
202-842-1888 (fax)

**UNITED STATES DISTRICT COURT**
**OF THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Oakwood Healthcare, Inc.,                ) | |
|                                            ) | |
|       Petitioner,    ) | |
|                                            ) | |
|     v.                         ) | Case No. 1:07-mc-00458-HHK |
|                                            ) | |
| Service Employees International Union,    ) | |
|                                            ) | |
|       Respondent.    ) | |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION BY THE SERVICE EMPLOYEES INTERNATIONAL UNION FOR AN EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION**

The matter is before the Court on the motion by the Service Employees International Union ("SEIU") for an extension of time to file a reply memorandum in support of its motion for reconsideration.

For good cause shown,

It is **ORDERED** that the motion for an extension of time by the SEIU is **GRANTED**.

It is **FURTHER ORDERED** that SEIU must file its response to the motion to compel by Thursday, February 7, 2008.

Dated: _____

                                              _____
                                              Judge Henry H. Kennedy
                                              UNITED STATES DISTRICT JUDGE