UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OAKWOOD HEALTHCARE, INC.,

        Petitioner,

v.

SERVICE EMPLOYEES
INTERNATIONAL UNION,

        Respondent.

Miscellaneous 07-00458 (HHK)

ORDER

Before the court is the motion of the Service Employees International Union ("SIEU") for reconsideration of the ruling of Magistrate Judge Kay set forth in his Memorandum Order docketed December 14, 2007. The Magistrate Judge's Memorandum Order granted the motion of Oakwood Healthcare, Inc. ("Oakwood") to compel SIEU to respond to Oakwood's discovery requests related to SEIU's involvement in lawsuits filed against hospital systems other than those sued in the case of *Cason-Merendo, et al. v. Detroit Medical Center, et al.* (No. 2:06–cv15601) which is pending in the United States District Court for the Eastern District of Michigan, Southern Division.

Upon consideration of the Magistrate Judge's Memorandum Order, SIEU's motion for reconsideration, and Oakwood's opposition thereto, the court concludes that SIEU's motion should be granted, essentially for the reasons set forth in its motion. The Magistrate Judge erred in determining that the discovery sought by Oakwood, which might show that SEIU had an improper motive in sponsoring nurse wage antitrust lawsuits, is relevant to the issue of whether

the named plaintiffs and/or their counsel have interests that are adverse to the class they seek to represent, the pertinent Rule 23 adequacy inquiry.

Accordingly, it is this 20th day of May, 2008, hereby

**ORDERED** that the Magistrate Judge's Meemorandum Order is reversed; and it is further

**ORDERED** that Oakwood's motion to compel discovery is **DENIED**.

> Henry H. Kennedy, Jr.
> United States District Judge